**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**LATONYA THORNHILL,**

        **Plaintiff,**

   **v.**                             **Civil Action 2:16-cv-962**
                                       **Judge Algenon L. Marbley**
                                       **Magistrate Judge Jolson**

**WALDEN UNIVERSITY, LLC, et al.,**

        **Defendants.**

**MEMORANDUM OF FIRST PRETRIAL CONFERENCE**

    This matter came before the Court on March 1, 2017 at 1:45 p.m. at the First Pretrial Conference pursuant to notice and in accordance with Rule 16 of the Federal Rules of Civil Procedure.  The parties specifically discussed with the Court Defendants' request to stay discovery.  (*See* Doc. 28).  For the reasons stated at the conference, that request is granted in part.  Discovery is STAYED until May 1, 2017, to allow the United States Judicial Panel on Multidistrict Litigation ("MDL Panel") to rule on Plaintiff's request to transfer this case to the United States District Court for the District of Minnesota.  *See In re: Walden University, LLC, Doctoral Program Litigation*, MDL No 2765.  In addition, and for the same reason, briefing on the pending motions in this case (Docs. 24, 25, 28) is STAYED.  The parties are DIRECTED to notify this Court promptly of the MDL Panel's decision.  If this Court retains jurisdiction, the Court will hold a status conference, and the parties should expect an expedited briefing schedule on the pending motions.

    IT IS SO ORDERED.

Date:  March 1, 2017                        /s/ Kimberly A. Jolson
                                      KIMBERLY A. JOLSON
                                      UNITED STATES MAGISTRATE JUDGE