**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**LATONYA THORNHILL,**

      **Plaintiff,**

  v.                                               **Civil Action 2:16-cv-962
                                                               Judge Algenon L. Marbley
                                                                Magistrate Judge Jolson**

**WALDEN UNIVERSITY, LLC, et al.,**

      **Defendants.**

## ORDER

This matter came before the Court on January 10, 2018, for a status conference. For the reasons stated at the conference, the parties are DIRECTED to continue to engage in tailored, Plaintiff-specific discovery for the next 90 days to the extent any of such discovery has not been completed. All other discovery remains STAYED. The Court will hold a status conference on April 10, 2018, at 10:00 a.m. The parties shall join together on one line and call the Court (614.719.3470).

    IT IS SO ORDERED.


Date: January 10, 2018                                       /s/ Kimberly A. Jolson
                                                                  KIMBERLY A. JOLSON
                                                                  UNITED STATES MAGISTRATE JUDGE