IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| LATONYA THORNHILL, | : |
| | : |
| Plaintiff, | : Case No. 2:16-CV-962 |
| | : |
| v. | : JUDGE ALGENON L. MARBLEY |
| | : |
| | : Magistrate Judge Jolson |
| WALDEN UNIVERSITY, LLC, *et. al*, | : |
| | : |
| Defendants. | : |

## ORDER

Inasmuch as the matters raised in the Motion to Dismiss the Second Amended Complaint (ECF No. 44) and the Motion to Strike (ECF No. 45) are moot, these motions are **DISMISSED WITHOUT PREJUDICE**. This matter is administratively closed.

IT IS SO ORDERED.

                                     /s/ Algenon L. Marbley
                                     ALGENON L. MARBLEY
                                     UNITED STATES DISTRICT JUDGE

DATED: September 12, 2018