IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| LATONYA THORNHILL, | ) CASE NO. 2:16-cv-00962-ALM-KAJ |
| Plaintiff, | ) JUDGE ALGENON L. MARBLEY |
| v. | ) |
| WALDEN UNIVERSITY, LLC, et al., | ) **STIPULATION OF DISMISSAL** |
| Defendants. | ) **WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED** by and between all parties, through their undersigned counsel, that the above-captioned action is voluntarily dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own attorneys' fees and costs.

By: */s/Paul Lesko*
Paul Lesko (*pro hac vice*)
Peiffer Rosca Wolf Abdullah Carr & Kane
818 Lafayette Avenue
St. Louis, MO 63104
Telephone: (314) 833-4826
Facsimile: (504) 523-2464
E-mail: plesko@prwlegal.com

*Counsel for Plaintiff Latonya Thornhill*

By: *Kathleen A. Pontone (w/ consent)*
Kathleen A. Pontone (*pro hac vice*)
MILES & STOCKBRIDGE P.C.
100 Light Street
Baltimore, MD 21202
Telephone: 410-727-6464
Facsimile: 410-385-3700
E-mail: kpontone@milesstockbridge.com

*Counsel for Defendants Walden University, LLC and Laureate International Universities d/b/a Laureate Education Inc.*

Dated: August 26, 2019                                                      Dated: August 26, 2019

SO ORDERED:

_____
Algenon L. Marbley, U.S.D.J.

## Certificate of Service

    I hereby certify that on August 26, 2019 a true and accurate copy of the foregoing was filed electronically with the Clerk of the Court using the CM/ECF efiling system. Said system will provide notice and allow access to all parties of record.

/s/ *Paul Lesko*